# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MALIBU MEDIA, LLC

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No. 1:12-cv-01580-RLW

JOHN DOES 1-10,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 4 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4 ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe 4 was assigned the IP Address 68.33.47.199.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 4 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  November 27, 2012

                                  Respectfully submitted,

                                  By:  /s/ *Jon A. Hoppe*
                                  Jon A. Hoppe, Esquire
                                  jhoppe@mhhhlawfirm.com
                                  MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.
                                  1401 Mercantile Lane #105
                                  Largo, Maryland 20774
                                  Phone:  301-341-2580
                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Jon A. Hoppe*
      Jon A. Hoppe