**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v().  Civil Action No. 1:12-cv-01580-RLW

JOHN DOES 1-10,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE 8 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 8 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 8 was assigned the IP Address 69.255.219.59. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 8 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  December  26, 2012

    Respectfully submitted,

    By: ___/s/ *Jon A. Hoppe*_____
    Jon A. Hoppe, Esquire
    jhoppe@mhhhlawfirm.com
    MADDOX, HOPPE, HOOFNAGLE &
    HAFEY, L.L.C.
    1401 Mercantile Lane #105
    Largo, Maryland 20774
    Phone:  301-341-2580
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By:  /s/ *Jon A. Hoppe*
                                          Jon A. Hoppe